# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Plaintiff, | |
| HEDGECO LLC d/b/a HEDGENETWORKS | **08 CV 00494**<br>Case No._____ |
| -v- | **Rule 7.1 Statement** |
| JEFFREY SCHNEIDER and<br>JARED TOREN | |
| Defendant. | |

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff**

HEDGECO LLC _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. **None.**

**No parties are corporate parents, affiliates and/or subsidiaries of a publicly held entity.**

**Date:** ~~XXXXXXXX~~ **1/18/08**
_____

_____
**Signature of Attorney**

**Attorney Bar Code:** AS- 1294
_____