ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 1/18/08

UNITED STATE STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 00494

HEDGECO, LLC d/b/a HEDGECO NETWORK, )
                                    )
                         Plaintiff, )   Case No. _____ ( )
                                    )
                                    )
                                    )
-against-                           )
                                    )   ORDER TO SHOW CAUSE
JEFFREY SCHNEIDER and               )   FOR PRELIMINARY INJUCTION
JARED TOREN,                        )   AND TEMPORARY RESTRAINING
                        Defendants. )   ORDER
_____x

Upon the annexed Affidavit of Evan Rapoport sworn to on January 17, 2008, the Affidavit of Sash Spencer dated December 17, 2008, and upon a copy of the complaint and supporting papers exhibits hereto annexed, it is

ORDERED, that above-named Defendants show cause before ~~a motion term of~~ this Court, at Room 23A United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _January 25_, 2008, at _Noon_ o'clock ~~in the~~ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants during the pendancy of this action from using, disclosing or disseminating any confidential and propriety information obtained from or belonging to plaintiff; and it is further

ORDERED, that sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed.R.Civ.P. the defendants are temporarily restrained and enjoined from using, disclosing or disseminating any confidential and propriety information obtained from or belonging to plaintiff; and it is further

ORDERED _that plt post security in the sum of $5,000 by 5 p.m. on January 23, 20__ ~~that no bond or other security is required to be posted~~, and it is further

1

ORDERED that ~~personal~~ service of a copy of this order and annexed papers and exhibits ~~their~~ by overnight mail service on January 19, 2008 /or receipt by January 21, upon the defendant or his counsel ~~on or before ___ o'clock in the noon,~~ ~~2008~~ shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: January 18, 2008
3:50 pm

_____
United States District Judge

2