AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

HEDGECO, LLC d/b/a HEDGECO NETWORKS,

Plaintiff,

-against-

JEFFREY SCHNEIDER and
JARED TOREN,

Defendants.

**APPEARANCE**

Case Number: 08 CV 00494

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jeffrey Schneider

Jared Toren

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/23/2008 | [signature] |
| Date | Signature |
| | Francis Bigelow — FB-8749 |
| | Print Name / Bar Number |
| | Sadis & Goldberg LLP — 551 Fifth Avenue, 21st Floor |
| | Address |
| | New York, NY 10176 |
| | City / State / Zip Code |
| | (212) 947-3793 / (212) 947-3796 |
| | Phone Number / Fax Number |