## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, a copy of the foregoing Appearance was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rule on Electronic Service upon the following parties and participants:

>Andrew B. Small
>Law office of Brian Reis, Esq.
>80 Broad Street 33rd Floor
>New York, NY 10004
>(212)-983-0921
>(212)-646-1073 (fax)
>*Attorneys for Plaintiff Hedgeco, LLC*

>Francis Bigelow (FB-8749)
>Sadis & Goldberg LLP
>*Attorneys for Defendants Jeffry Schneider and Jared Toren*
>551 Fifth Avenue, 21st Floor
>New York, New York 10176
>(212) 947-3793

{00110528.DOC}