USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
HEDGECO, LLC d/b/a HEDGECO NETWORKS,    Civil Action No. 08 CV-00494
                                         (SHS)
        Plaintiff,

    -against-

JEFFREY SCHNEIDER and                    STIPULATION
JARED TOREN,

        Defendants.
---------------------------------------------------------X

It is HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the parties, as follows:

1. The Defendants have been properly served and consent to the jurisdiction of this Court, waiving any and all jurisdictional defects by virtue of the service of the Order to Show Cause;

2. The time within which the Defendants have to answer and respond to the Order to Show Cause, except for interposing defenses concerning jurisdiction, be and the same is hereby extended to February 8, 2008; and that the time for Plaintiff to serve Reply papers is hereby extended to February 15, 2008 and that the return date of the Order to Show Cause is hereby adjourned to February 25, 2008, or such other date as the Court may direct; *at 2:00 pm.*

3. Pending the return date of the Order to Show Cause, the Defendants are temporarily restrained and enjoined from using, disclosing, or disseminating any confidential or proprietary information obtained from or belonging to the Plaintiff;

4. This stipulation can be signed in counterparts and facsimile signatures can be considered as original for purposes of filing this stipulation.

DATED: January 24, 2008

_____
Francis Bigelow
SADIS & GOLDBERG LLC
*Attorneys For Defendants*
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 947-3793

SO ORDERED: 1/24/08

_____
U.S.D.J.

_____
Andrew B. Small    (AS-1294)
BRIAN REIS, P.C.
*Attorneys For Plaintiff*
80 Broad Street
New York, NY 10004
(212) 785-5170

Direct Dial: 212.983.0921
Direct Fax: 212.656.1037
E-mail: abslawyer@comcast.net