USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | |
|---|---|
| HEDGECO, LLC d/b/a HEDGECO NETWORKS, | Civil Action No. 08 CV-00494 (SHS) |
| Plaintiff, | |
| -against- | |
| JEFFREY SCHNEIDER and JARED TOREN, | STIPULATION |
| Defendants. | |

------------------------------------------------------------------X

It is HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the parties, as follows:

1. The time within which the Defendants have to answer and respond to the Order to Show Cause be and the same is hereby extended to February 15, 2008; and that the time for Plaintiff to serve Reply papers is hereby extended to February 22, 2008 and that the return date of the Order to Show Cause is hereby adjourned to March 7, 2008, at 11 AM other date as the Court may direct.

2. Pending the return date of the Order to Show Cause, the Defendants are temporarily restrained and enjoined from using, disclosing, or disseminating any confidential or proprietary information obtained from or belonging to the Plaintiff;

3. This stipulation can be signed in counterparts and facsimile signatures can be considered as original for purposes of filing this stipulation.

**continued**

{00110955.DOC}

DATED: January 30, 2008

___/s/ Francis Bigelow___
Francis Bigelow
SADIS & GOLDBERG LLC
*Attorneys For Defendants*
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 947-3793

_____
Andrew B. Small (AS-1294)
BRIAN REIS, P.C.
*Attorneys For Plaintiff*
80 Broad Street
New York, NY 10004
(212) 785-5170
Direct Dial 212.983.0921
Fax 212.656.1037
Email: abslawyer@comcast.net

SO ORDERED: 2/5/08
_____
U.S.D.J.