UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEDGECO, LLC d/b/a HEDGECO NETWORKS, | Case No.: 08 CV 0494 (SHS) |
| Plaintiff, | |
| – against – | **NOTICE OF MOTION** |
| JEFFREY SCHNEIDER and JARED TOREN, | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law dated February 15, 2008 and the declarations of Jeffrey Schneider and Jared Toren, both dated February 14, 2008, defendants will move this Court before the Hon. Sidney H. Stein, at a time and place to be set by the Court, for a judgment dismissing the complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6), as well as for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       February 15, 2008

                                                      **FELDMAN WEINSTEIN & SMITH LLP**

                                    By:    s/Eric Weinstein
                                                Eric Weinstein (EW 5423)
                                                David J. Galalis (DG 1654)
                                                Yong Hak Kim (of counsel)
                                                420 Lexington Avenue
                                                New York, New York
                                                (212) 869-7000
                                                Attorneys for Plaintiff