UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEDGECO, LLC d/b/a HEDGECO NETWORKS,

        Plaintiff,

– against –

JEFFREY SCHNEIDER and JARED TOREN,

        Defendants.

Case No.: 08 CV 0494 (SHS)

**DECLARATION OF JARED TOREN**

---

JARED TOREN, pursuant to 28 U.S.C. § 1746, declares and states under penalty of perjury as follows:

1. I am one of the named defendants in this action, and currently reside in Austin, Texas. I submit this declaration in opposition to the request for preliminary injunctive relief sought by my former employer, Hedgeco, LLC.

2. At the same time I worked at Hedgeco, I was also employed by a broker-dealer, Puritan Securities, which had marketing agreements with various hedge funds. As a registered representative, I offered those funds to investors who I believed might be interested.

3. I began work at Hedgeco in February 2007. My primary job responsibility was to qualify people who signed up for the web site—that is, to confirm they were accredited investors who could view hedge fund materials.

4. While at Hedgeco, I observed business practices that made me uncomfortable. For example, it was my understanding that Hedgeco executive Andrew Schneider (again, no relation to Jeffry Schneider) was engaging in many activities that require a registered representative, even though he is not one. Also, I believe that Hedgeco referred hedge fund

clients to certain attorneys, who provided kickbacks in the form of paid advertising on the web site. Finally, I learned that Hedgeco had their programmers copy the data from a competing Internet portal (by the name of HedgeFund.net), for their own use.

5. For these and other reasons, I decided to leave Hedgeco after approximately nine months (October 2007) and start a firm with Jeffrey Schneider, who had also worked with Hedgeco. We formed Onyx Global Advisors, which is based in Austin, Texas. We are not a hedge fund database, like Hedgeco. We are third-party marketers, paid on a commission basis for bringing together certain hedge funds and potential investors. As far as I know, we (and Onyx) do not market the same hedge funds as Hedgeco, and do not take any business from them.

6. In plaintiff's application, they accuse me of contacting Richard Bronson and soliciting him to invest in HM Ruby (HMR). This is not true. I provided HMR with Mr. Bronson's contact information while I worked at Hedgeco. The purpose was to help HMR source life insurance policies, not to solicit an investment in the fund. If Hedgeco had any relationship with Mr. Bronson (besides his name in a database), they would know this.

Dated: New York, New York
February 14, 2008

_____
Jared Toren