USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEDGECO, LLC d/b/a HEDGECO NETWORKS,　　　:　　Case No.: 08 CV 0494 (SHS)

　　　　　　　　　　　　Plaintiff,　　　　　　:

　　　– against –　　　　　　　　　　　　　　:　　**NOTICE OF CHANGE OF COUNSEL
　　　　　　　　　　　　　　　　　　　　　　　　　　FOR DEFENDANTS**

JEFFREY SCHNEIDER and JARED TOREN,　　　　:

　　　　　　　　　　　　Defendants.　　　　　:

---

　　　PLEASE TAKE NOTICE that, as set forth the attached declaration pursuant to Local Civil Rule 1.4, defendants Jeffrey Schneider and Jared Toren, are seeking an order changing their counsel to: Eric Weinstein (trial counsel), of the firm Feldman Weinstein & Smith LLP, located at 420 Lexington Avenue, New York, New York 10170.

Dated: New York, New York
　　　　February 15, 2008

　　　　　　　　　　　　　　　　　　　　　　　　**FELDMAN WEINSTEIN & SMITH LLP**

　　　　　　　　　　　　　　　　　　　　By:　　s/Eric Weinstein
　　　　　　　　　　　　　　　　　　　　　　　Eric Weinstein (EW 5423)
　　　　　　　　　　　　　　　　　　　　　　　David J. Galalis (DG 1654)
　　　　　　　　　　　　　　　　　　　　　　　420 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York
　　　　　　　　　　　　　　　　　　　　　　　(212) 869-7000

　　　　　　　　　　　　　　　　　　　　Incoming Attorneys for Defendants

SO ORDERED: 2/19/08

Date:_____

　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEDGECO, LLC d/b/a HEDGECO NETWORKS, : Case No.: 08 CV 0494 (SHS)

Plaintiff, :

– against – : **DECLARATION OF ERIC WEINSTEIN**

JEFFREY SCHNEIDER and JARED TOREN, :

Defendants. :

---

ERIC WEINSTEIN, pursuant to 28 U.S.C. § 1746, declares and states under penalty of perjury as follows:

1. I am a partner with the law firm Feldman Weinstein & Smith LLP. I submit this declaration pursuant to Local Civil Rule 1.4, in connection with defendants' seeking an order permitting them to change counsel.

2. I have spoken at length with defendants' current counsel. That firm does quite a bit of hedge fund work and became concerned about a possible conflict of interest. The firm then introduced the defendants, who reside out of state, to me.

3. This is a recently-filed case. Although I only received a signed retainer letter yesterday, I am in a position to comply with the current deadlines, to wit: respond to the complaint and oppose the request (brought by order to show cause) for preliminary injunctive relief, by February 15, 2008.

Dated: New York, New York
February 15, 2008

_____
Eric Weinstein