USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEDGECO, LLC d/b/a HEDGECO NETWORKS,

    Plaintiff,

– against –

JEFFREY SCHNEIDER and JARED TOREN,

    Defendants.

---

Case No.: 08 CV 0494 (SHS)

**STIPULATION**

It is hereby stipulated and agreed, by and between counsel for the parties, that the deadline for plaintiff to submit reply papers on their application for preliminary injunctive relief, and to submit opposition papers on defendants' motion to dismiss, shall be March 7, 2008. Defendants' deadline to submit reply papers on their motion to dismiss is March 14, 2008. A hearing on these motions shall occur on March 21, 2008, at 9:30 a.m./p.m.; and until then, the temporary restraining order previously entered in this case remains in effect.

| | |
|---|---|
| BRIAN REIS, P.C.<br>Attorneys for Plaintiff<br><br>By: _____<br>  Andrew B. Small (AS-1294)<br>  80 Broad Street<br>  New York, NY 10004<br>  (212) 785-5170 | FELDMAN WEINSTEIN & SMITH LLP<br>Attorneys for Defendants<br><br>By: _____<br>  Eric Weinstein (EW-5423)<br>  420 Lexington Ave Avenue<br>  New York, NY 10170<br>  (212) 869-7000 |

SO ORDERED: 3/3/08

_____
United States District Judge