UNITED STATE STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
HEDGECO, LLC *d/b/a* HEDGECO NETWORKS    )
                                         )
                         Plaintiff,      )    Case No. **08 CV 00494**
                                         )         (SHS)
                                         )
-against-                                )
                                         )
JEFFREY SCHNEIDER and                    )
JARED TOREN,                             )
                         Defendants.     )
_____x

## CERTIFICATE OF SERVICE

**Please take notice** that on the 3rd day of March 2008, the undersigned attorney for the Plaintiff served a true copy of the **First Amended Complaint** upon the Attorney for the Defendants:

Eric Weinstein, Esq.
Feldman Weinstein & Smith LLP
420 Lexington Avenue
New York, New York 10170

By Federal Express overnight delivery, Tracking No. 8636 1012 2891, to the aforementioned address.

Dated: March 3, 2008
       New York, NY

_____
Andrew Small Esq. (AS-1294)
Law Office of Brian Reis, Esq.
**Attorney for the Plaintiff**
80 Broad Street 33rd Floor
New York, NY 10004
Direct Dial 212.983.0921
Fax 212.646.1073
E-mail: ABSLawyer@comcast.net