UNITED STATE STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
HEDGECO, LLC *d/b/a* HEDGECO NETWORKS   )
                                        )
                    Plaintiff,          )   Case No. **08 CV 00494**
                                        )        (SHS)
                                        )
-against-                               )
                                        )
JEFFREY SCHNEIDER and                   )
JARED TOREN,                            )
                                        )
                    Defendants.         )
_____x

### CERTIFICATE OF SERVICE

**Please take notice** that on the 6th day of March 2008, the undersigned attorney for the Plaintiff served a true copy of (1) the Rapoport Affidavit in Opposition to Defendants' Motion to Dismiss and in Reply for the OTSC and (2) the associated Memorandum of Law upon the Attorney for the Defendants:

Eric Weinstein, Esq.
Feldman Weinstein & Smith LLP
420 Lexington Avenue
New York, New York 10170

By depositing a true copy of the foregoing in a properly addressed, stamped envelope in an official repository of United States Postal Service in the City and State of New York.

Dated: March 7, 2008
       New York, NY

_____
Andrew Small Esq. (AS-1294)
Law Office of Brian Reis, Esq.
**Attorney for the Plaintiff**
80 Broad Street 33rd Floor
New York, NY 10004
Direct Dial 212.983.0921
Fax 212.646.1073
E-mail: ABSLawyer@comcast.net