```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEDGECO, LLC d/b/a HEDGECO NETWORKS,

      Plaintiff,

 – against –

JEFFREY SCHNEIDER and JARED TOREN,

      Defendants.

Case No.: 08 CV 0494 (SHS)

**STIPULATION**

---

It is hereby stipulated and agreed, by and between counsel for the parties, that (i) the deadline for responding to the amended complaint is extended to April 4, 2008, (ii) the hearing on plaintiff's order to show cause is adjourned to April 11, 2008 at 9:30 a.m., and (iii) until the hearing, the temporary restraining order previously entered in this case remains in effect.

BRIAN REIS, P.C.
Attorneys for Plaintiff

By: _____
Andrew B. Small (AS-1294)
80 Broad Street
New York, NY 10004
(212) 785-5170
Tel. 212.983.0921
Fax 212.65.1037

FELDMAN WEINSTEIN & SMITH LLP
Attorneys for Defendants

By: _____
Eric Weinstein (EW-5423)
420 Lexington Ave Avenue
New York, NY 10170
(212) 869-7000

SO ORDERED: 3/19/08

_____
United States District Judge