UNITED STATE STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
HEDGECO, LLC *d/b/a* HEDGECO NETWORKS  )
                                       )
                          Plaintiff,   )   Case No. 08 CV 0494
                                       )        (SHS)
                                       )
-against-                              )
                                       ) **PLAINTIFF'S**
JEFFREY SCHNEIDER and                  ) **MOTION TO COMPEL**
JARED TOREN,                           )
                          Defendants.  )
_____x

**PLEASE TAKE NOTICE**, that the Plaintiff, HEDGECO, LLC *d/b/a* HEDGECO NETWORKS ("HEDGECO") will, upon the associated Memorandum of Law and all papers heretofore had herein, move this Court before the Hon. Sidney H. Stein, at a time and place to be set by the Court, for an Order pursuant to FRCP 45 that Compels full compliance with three (3) document subpoenas issued to: Jeffrey Schneider, Jared Toren and Onyx Global Advisors, as such compliance and associated production is material and necessary for the Preliminary Injunction Hearing (pursuant to Rule 65) to occur April 11, 2008, together with the costs and reasonable attorneys fees for this motion, and for such other and further relief as this Court deems just and proper.

Dated: March 31, 2008
        New York, NY            Respectfully submitted,

                                _____
                                Andrew Small, Esq. (AS-1294)
                                **Attorney for Plaintiff**
                                Brian Reis, P.C.
                                80 Broad St. 33rd Floor
                                New York, NY 10004
                                **Direct Dial: 212.983.0921**
                                **Direct Fax: 212.656.1037**

1

**To: Attorneys for Defendants**
Eric Weinstein (EW 5423)
FELDMAN WEINSTEIN & SMITH LLP
420 Lexington Avenue
New York, New York
(212) 869-7000