UNITED STATE STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
HEDGECO, LLC *d/b/a* HEDGECO NETWORKS )
                                       )
                           Plaintiff,  )    Case No. **08 CV 00494**
                                       )        (SHS)
                                       )
-against-                              )
                                       )
                                       )    **Wormus Affidavit**
JEFFREY SCHNEIDER and                  )
JARED TOREN,                           )
                                       )
                           Defendants. )
_____x


**Affidavit of Aaron Wormus *o/b/o* Plaintiff**


Dated: April 10 2007

Submitted by: _____

Andrew Small, Esq. (AS-1294)
Law Office of Brian Reis, P.C.
**Attorney for the Plaintiff**
80 Broad Street 33rd Floor
New York, NY 10004
Tel. 212.983.0921
Fax 212.656.1037
Mobile: 917.445.0495
E-mail: ABSLawyer@comcast.net

# AFFIDAVIT

My name is Aaron Wormus, I am over the age of 18 and have been employed by HedgeCo as the Managing Director of HedgeCo websites since January 1st, 2007.

In the course of my duties I am responsible for the business records pertaining to HedgeCo employees.

I am fully familiar with the record keeping system that HedgeCo uses in the ordinary course of business.

At the request of my boss, Evan Rapoport, I endeavored to search for records of emails from Jared Toren that he was required to maintain in the ordinary course of business

As a result of my investigation, I have personal knowledge that the records that were to be maintained by Jared Toren were deleted. These deleted records include nine email file folders. Based on the file size of these folders, these folders contained several hundred email. I determined that these folders were deleted by Jared Toren since he is the only person that had access to this password protected computer.

This affirmation is offered for the preliminary injunction hearing scheduled to occur April 11, 2008.

Affirmed on this 10th day of April, 2008

*[signature]*

FRANCES BURNS
MY COMMISSION # DD 326047
EXPIRES: June 6, 2008
Bonded Thru Notary Public Underwriters

*[signature] 4/10/08*

Restoration Version 2.5.14

Others

| Name | In Fol. | Size | Modified |
|---|---|---|---|
| MSPAINT.EXE-11CBB63... | C:\W... | 15378 | 2007/10/01 11:56 |
| RUNDLL32.EXE-49B57... | C:\W... | 17906 | 2007/10/01 11:56 |
| RUNDLL32.EXE-3CF1B... | C:\W... | 34400 | 2007/10/01 11:56 |
| A0012652.lnk | C:\u... | 664 | 2007/10/01 12:03 |
| LAUNCHU3.EXE-3A27E... | C:\W... | 19256 | 2007/10/01 12:19 |
| Deleted Items.dbx | C:\D... | 915 | 2007/10/01 12:36 |
| LAUNCHU3.EXE-2BBAE... | C:\D... | 18354 | 2007/10/01 12:46 |
| SharedDocs on Engelnew | C:\D... | | 2007/10/02 08:43 |
| Temp on Engelnew | C:\D... | | 2007/10/02 08:43 |
| LAUNCHU3.EXE-D8D34... | C:\W... | 18296 | 2007/10/02 08:47 |
| CALC.EXE-02D573A.pf | C:\W... | 8934 | 2007/10/02 09:45 |
| Drafts.dbx | C:\D... | 60116 | 2007/10/02 10:09 |
| Jason Sher.dbx | C:\D... | 1649364 | 2007/10/02 10:09 |
| Evan Rapoport.dbx | C:\D... | 600788 | 2007/10/02 10:23 |
| Robert Push.dbx | C:\D... | 207572 | 2007/10/02 10:24 |
| Nadav Zalcaman.dbx | C:\D... | 1190612 | 2007/10/02 10:24 |
| Gary Busel.dbx | C:\D... | 4795092 | 2007/10/02 10:24 |
| Sam Timpano.dbx | C:\D... | 8727252 | 2007/10/02 10:25 |
| RDMLBY.EXE-29F11D7... | C:\W... | 11896 | 2007/10/02 10:46 |
| HELPCTR.EXE-3862B5F... | C:\W... | 19542 | 2007/10/02 10:46 |
| RUNDLL32.EXE-26DA8... | C:\W... | 25760 | 2007/10/02 11:19 |

Drives: Local Disk (C:)

All or part of the file

Search Deleted Files

☐ Include used clusters by other files
☐ Include even if the file size is zero

No of files: 9002

Restore by Copying    Exit

04/04/2008 14:25  19818283181                    HEDGECO NETWORKS                        PAGE  02

## Restoration Version 2.5.14

Others

**Drives**
- Local Disk (C:)

All or part of the file: .DBX

Search Deleted Files
- [x] Include used clusters by other files
- [x] Include even if the file size is zero

No of files: 9

Restore by Copying

Exit

| Name | In Folder | Size | Modified |
|---|---|---|---|
| Deleted Items.dbx | C:\Docu... | 915 | 2007/10/01 12:36 |
| Drafts.dbx | C:\Docu... | 60116 | 2007/10/02 10:09 |
| Nadav Zalcaman.dbx | C:\Docu... | 1190612 | 2007/10/02 10:24 |
| Gary Busel.dbx | C:\Docu... | 4795092 | 2007/10/02 10:24 |
| Jason Sher.dbx | C:\Docu... | 1649364 | 2007/10/02 10:09 |
| Sam Timpano.dbx | C:\Docu... | 8727252 | 2007/10/02 10:25 |
| Evan Rapoport.dbx | C:\Docu... | 600798 | 2007/10/02 10:23 |
| Robert Push.dbx | C:\Docu... | 207572 | 2007/10/02 10:24 |
| Outbox.dbx | C:\Docu... | 191188 | 2007/09/14 16:21 |