```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HEDGECO, LLC,                         :       08 Civ. 494 (SHS)

           Plaintiff,       :

   -against-                         :       ORDER

JEFFREY SCHNEIDER and JARED TOREN,    :

           Defendants.      :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    By agreement of the parties, defendants' motion to dismiss [8] is dismissed as moot;

      2.    Plaintiff's motion to compel document subpoenas [23] is denied and the subpoenas are quashed;

      3.    The next pretrial conference is scheduled for May 9, 2008, at 11:00 a.m.; and

      4.    The stipulation of the parties resolving plaintiff's motion for a preliminary injunction shall be presented to the Court by April 18, 2008.

Dated: New York, New York
       April 11, 2008

                                SO ORDERED:

                                Sidney H. Stein, U.S.D.J.