USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEDGECO, LLC d/b/a HEDGECO NETWORKS,

    Plaintiff,

 – against –

JEFFREY SCHNEIDER and JARED TOREN,

    Defendants.

Case No.: 08 CV 0494 (SHS)

**STIPULATION RE:
PRELIMINARY INJUNCTION**

 It is hereby stipulated and agreed, by and between counsel for the parties, that

 1. Plaintiff will provide a copy of their database, as it existed on April 14, 2008, to defendants' counsel for attorney's-eyes only;

 2. Defendants, which hereinafter for purposes of this stipulation includes non-party Onyx Capital, LLC (of which defendant Schneider is a principal) will provide a list of their contacts to their counsel, as well as a list of all individuals deleted from Hedgeco data base after July 1, 2007 by, or caused by, and of Defendants; and it is

 3. ORDERED that, pending a final determination of this case, Defendants and their employees and agents are preliminarily enjoined from soliciting any contact person appearing on both lists without a written waiver from plaintiff, with the exception that Defendants may solicit Stanford and its employees and it is finally

To: Hon. Sidney H. Stein  Case 1:08-cv-00494-SHS  Document 30  Filed 04/17/2008  Page 2 of 2
Received: 2008-04-17 18:19:04 (GMT)  Apr 17 2008 02:15pm  12126561073  From: Andrew Small
2126612153  Suite 2525  12:51:52 p.m.  04-17-2008  2/2

4. ORDERED, that plaintiffs need not file an injunction bond.

_____
Andrew Small Esq. (AS-1294)
Law Office of Brian Reis, Esq.
**Attorney for the Plaintiff**
80 Broad Street 33rd Floor
New York, NY 10004
Direct Dial 212.983.0921
Fax 212.646.1073
E-mail: ABSLawyer@comcast.net

_____
Eric Weinstein, Esq. (EW-5423)
Feldman Weinstein & Smith LLP
**Attorneys for Defendants**
420 Lexington Avenue
New York, NY 10170
Tel. (212) 869-7000
Fax (212) 997-4242
Email: eweinstein@feldmanweinstein.com

So Ordered on consent of the parties

4/17/08
Date

_____
United States District Judge

2