| Feldman Weinstein & Smith |



RECEIVED
APR 2 5 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

Eric Weinstein
direct: 212-931-8701
eweinstein@feldmanweinstein.com

April 25, 2008

By Fax (212) 805-7924

Hon. Sidney H. Stein
United States District Judge
500 Pearl Street, Room 1010
New York, NY 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

Re: Hedgeco v. Schneider
Case No. 08 CV 0494 (SHS)

Dear Judge Stein:

I represent the defendants in the referenced matter. I am writing with the consent of plaintiff's counsel to request an adjournment of the status conference, currently scheduled for May 9, 2008, to May 30th.

At the recent hearing, the Court indicated that it would set a date and be amenable to changing it at the request of counsel. I will be out of town on May 9th. Also, the parties wish to spend the extra time moving ahead with discovery.

Thank you for your consideration.

Respectfully yours,

Eric Weinstein

cc: Andrew B. Small, Esq.

*The conference is adjourned to May 30, 2008, at 11:30 a.m.*

SO ORDERED 4/24/08

SIDNEY H. STEIN
U.S.D.J.

Feldman Weinstein & Smith LLP | 420 Lexington Avenue, New York, NY 10170 | T – 212-869-7000  F – 212-997-4242
ATTORNEYS AT LAW | www.feldmanweinstein.com