```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| HEDGECO, LLC, | : | 08 Civ. 494 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| JEFFREY SCHNEIDER, *ET ANO*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. The last day for completion of discovery is July 31, 2008;

2. There will be a pretrial conference on July 31, 2008, at 10:00 a.m.; and

3. If there are discovery disputes, the parties shall notify the Court, in writing, far enough in advance so that the dispute can be adjudicated and the discovery taken before the close of discovery.

Dated: New York, New York
       May 30, 2008

SO ORDERED:

Sidney H. Stein, U.S.D.J.