UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

HEDEGECO, LLC,                            :
        d/b/a HEDGECO NETWORKS,           :
                                          :
                Plaintiff,                :            ORDER
                                          :
        -against-                         :    08 Civ. 0494 (SHS)(MHD)
                                          :
JEFFREY SCHNEIDER, et al.,                :
                                          :
                Defendants.               :
------------------------------------x


MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


        It is hereby


        ORDERED that a settlement conference has been scheduled in the

above-captioned action on **MONDAY, JULY 28, 2008 at 10:00 A.M.**, at

which time you are directed to appear in Courtroom 17D, 500 Pearl

Street, New York, New York 10007-1312. Any requests for adjournment

of this scheduled conference must be in writing, with copies to all

other parties, and must be preceded by reasonable efforts by the

requesting party to obtain the consent of those parties.

Dated: New York, New York
       July 18, 2008

                              SO ORDERED.



                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE




Copies of the foregoing Order have been sent today to:


Andrew B. Small, Esq.
Law Office of Brian Reis, Esq..
80 Broad Street, 33rd Floor
New York, NY 10004


Eric Weinstein, Esq.
Feldman Weinstein, LLP
The Graybar Building, 420 Lexington Avenue, Suite 2620
New York, NY 10170