```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
HEDGECO, LLC,                       :
    d/b/a HEDGECO NETWORKS,         :
                                    :
                Plaintiff,          :       ORDER
                                    :
        -against-                   :   08 Civ. 0494 (SHS)(MHD)
                                    :
JEFFREY SCHNEIDER, et al.,          :
                                    :
                Defendants.         :
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

ORDERED that a settlement conference has been scheduled in the above-captioned action on **FRIDAY, OCTOBER 3, 2008 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       July 28, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Andrew B. Small, Esq.
Law Office of Brian Reis, Esq..
80 Broad Street, 33rd Floor
New York, NY 10004

Eric Weinstein, Esq.
Feldman Weinstein, LLP
The Graybar Building, 420 Lexington Avenue, Suite 2620
New York, NY 10170