

Feldman Weinstein & Smith

RECEIVED
JUL 2 8 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

Eric Weinstein
direct: 212-931-8701
eweinstein@feldmanweinstein.com

July 28, 2008

By Fax (212) 805-7924

Hon. Sidney H. Stein
United States District Judge
500 Pearl Street, Room 1010
New York, NY 10007

MEMO ENDORSED

Re: Hedgeco v. Schneider
Case No. 08 CV 0494 (SHS)

Dear Judge Stein:

I represent the defendants in the referenced matter. I am writing with the consent of plaintiff's counsel to request an adjournment of the discovery cut-off and conference, which both currently scheduled for July 31, 2008.

Counsel appeared today for a settlement conference before Magistrate Judge Dollinger. I believe it is fair to say the Court concurred that some additional discovery (primarily of nonparties and damages) would be useful, as would another settlement conference—this time with the principals in attendance. That follow-up settlement conference is now scheduled for October 3, 2008.

Accordingly, we are jointly and respectfully requesting an end-date for discovery of September 30, 2008 and a pretrial conference, if necessary, ~~approximately one week after the next (October 3rd) settlement conference.~~ *on Oct. 3, at the conclusion of the settlement conference before Judge Dolinger. There will be no further adjournments.* SO ORDERED 7/28/08

*(The parties shall call Chambers at 212-805-0172 after the settlement conf.)*

Thank you for your consideration.

Respectfully yours,

Eric Weinstein

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

cc: Hon. Michael H. Dolinger
    Andrew B. Small, Esq.

Feldman Weinstein & Smith LLP | 420 Lexington Avenue, New York, NY 10170 | T – 212-869-7000 F – 212-997-4242
ATTORNEYS AT LAW | www.feldmanweinstein.com